IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

PHILLIP D. WEBB,

Defendant.                                                    No. 12-30268-DRH

ORDER

**HERNDON, Chief Judge**:

Now before the Court is defendant's motion to continue trial (Doc. 65). Defendant states that he needs additional time due to additional discovery that needs expert analysis. The Court being fully advised in the premises finds that defendant needs additional time. The Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant in a speedy trial. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice.

Therefore, the Court **GRANTS** defendant's motion to continue trial (Doc. 65). The Court **CONTINUES** the jury trial scheduled for September 23, 2103 to **January 27, 2014 at 9:00 a.m.** The time from the date the original motion was

filed, September 9, 2013, until the date to which the trial is rescheduled, January 27, 2014, is excludable time for the purposes of speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 9th day of September, 2013.

David R. Herndon
2013.09.09
16:37:37 -05'00'

**Chief Judge**
**United States District Court**