IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-CR-30268-DWD |
| ) | |
| PHILLIP D. WEBB, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM & ORDER

**DUGAN, District Judge:**

On March 26, 2021, the United States filed a motion to authorize payment from the inmate trust account of Defendant Phillip D. Webb. (Doc. 131). On July 28, 2014, the Court sentenced Webb to a 181-month term of imprisonment and ordered him to pay $201.95 in restitution, a $400.00 special assessment, and a fine of $800.00. As of the date of the Government's motion, Webb had only paid $75.00 of his special assessment and $125.00 towards the fine. He has since paid an additional $25.00, and the United States seeks payment from Webb's trust account in the amount of $851.95 for the remaining restitution and fine owed.

According to the United States, the Bureau of Prisons maintains in its possession, custody, or control $876.95 in encumbered funds belonging to Webb that are currently held in his trust account. Pursuant to 18 U.S.C. § 3664(n), a person who is obligated to pay restitution or a fine and who receives substantial resources from any person while incarcerated is "required to apply the value of such resources to any restitution or fine still owed." The Court **FINDS** that Defendant still owes $201.95 in restitution and at least

$650.00 of the assessed fine. Defendant has made a payment of $25.00 in March 2021; therefore, the payment amount requested by the United States is now $851.95.

For good cause shown, the Court **GRANTS** motion to authorize payment from inmate trust account (Doc. 131). The Bureau of Prisons is **AUTHORIZED** and **ORDERED** to turnover to the Clerk of this Court payment in the amount of $851.95. The Clerk of Court shall accept the funds currently held in the trust account for the following inmate:

> Phillip D. Webb
> Reg. No. 09900-025
> USP Thomson
> P.O. Box 1022
> Thomson, IL 1002

The Clerk shall apply these funds as payment towards the criminal monetary penalties owed by the defendant in this case. Payments shall be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201. The United States shall provide a copy of this Order to the Garnishee.

**SO ORDERED.**

Dated: April 27, 2021

_____
DAVID W. DUGAN
United States District Judge